UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as Trustee,<br><br>Defendant. | Case No. 1:14-cv-09764-KPF-SN<br><br>**ECF Case** |
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as Trustee,<br><br>Defendant. | Case No. 1:17-cv-06687-KPF<br><br>**ECF Case** |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to both of the above-captioned actions hereby stipulate, as indicated by the signatures of their respective counsel below, to plaintiff Royal Park Investments SA/NV's voluntary dismissal, in both actions, of all remaining claims against defendant Wells Fargo Bank, N.A., with prejudice. Accordingly, the parties jointly request that the Court enter the attached proposed order in both actions.

Dated: 1-11-19

/s/ Howard F. Sidman
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
Fax: (212) 755-7306
hfsidman@jonesday.com

*Attorney for Defendant
Wells Fargo Bank, N.A.*

/s/ Christopher M. Wood
ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street. Suite 900
Nashville, TN 37219
Tel: (615) 244-2203
Fax: (615) 252-3798
cwood@rgrdlaw.com

*Attorney for Plaintiff
Royal Park Investments SA/NV*

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2019.

s/ Christopher M. Wood<br>
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN<br>
  &amp; DOWD LLP<br>
414 Union Street, Suite 900<br>
Nashville, TN  37219<br>
Telephone:  615/244-2203<br>
615/252-3798 (fax)<br>
E-mail: cwood@rgrdlaw.com

## Mailing Information for a Case 1:17-cv-06687-KPF Royal Park Investments SA/NV v. Wells Fargo Bank, N.A.

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott K. Attaway**
  sattaway@kellogghansen.com,ecf-3d3eb9e0ddf6@ecf.pacerpro.com,jhois@kellogghansen.com

- **Graeme W. Bush**
  gbush@zuckerman.com

- **John Anton Libra**
  jlibra@koreintillery.com,sgreen@koreintillery.com,gkaminsky@koreintillery.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Tracy V. Schaffer**
  tschaffer@jonesday.com,nydocket@jonesday.com

- **Howard Fredrick Sidman**
  hfsidman@jonesday.com,nydocket@jonesday.com

- **Jayant W. Tambe**
  jtambe@jonesday.com,nydocket@jonesday.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,9101599420@filings.docketbird.com,e_file_sd@rgrdlaw.com,HDeshmukh@rgrdlaw.com,ldeem@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)